FILED
CLERK, U.S. DISTRICT COURT
03/23/2016
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

FILED
MAR 22 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>Loren and Sarah Miller<br><br>Debtor(s) | DC No. 2:16-cv-02008-BRO<br>CASE NO.: 9:13-bk-10313-PC<br>ADVERSARY NO.:<br>APPEAL DOCKET ENTRY NO.: 226 |
|---|---|
| vs.<br>Plaintiff(s)<br><br><br>Defendant(s) | **NOTICE OF APPEAL DEFICIENCY TO APPELLANT [FRBP 8003(a)]** |

The Notice of Appeal filed in this case on (date) __03/22/2016__ has one or more of the following deficiencies that require either payment of the appropriate fee, and/or the filing of an Amended Notice of Appeal that includes the non-fee items listed below. Fees and/or filings must be submitted to the United States Bankruptcy Court, Central District of California, within 14 days from the date of this notice.

☒ Notice of Appeal filing fee was not paid.

☐ Notice of Cross-Appeal filing fee was not paid.

☒ The Notice of Appeal does not conform substantially with the Notice of Appeal and Statement of Election (Official Form 417A):

  ☒ Does not include the title of order, judgment, or decree.
  ☒ Does not include the entered date of order, judgment, or decree.
  ☒ Does not include the ☒ names ☒ addresses ☒ telephone numbers of the opposing parties.
  ☐ Not signed by the Appellant.

☐ Does not include entered stamped copy of order, judgment, or decree.

KATHLEEN J. CAMPBELL
Clerk of Court

By: _Danielle Chackel_
Danielle Chackel
Deputy Clerk

805-884-4891
Telephone Number

Date: 03/22/2016

January 2016

APPEAL.NOTICE.DEFICIENCY