**727OBJ, DEFER, APPEAL, NODISCH, APLDIST, NoFeeRequired**

# U.S. Bankruptcy Court
## Central District of California (Santa Barbara)
### Bankruptcy Petition #: 9:13-bk-10313-PC

|  |  |
|---|---|
| *Assigned to:* Peter Carroll | *Date filed:* 02/07/2013 |
| Chapter 7 | *341 meeting:* 08/25/2014 |
| Voluntary | *Deadline for filing claims:* 10/25/2013 |
| Asset | *Deadline for filing claims (govt.):* 08/06/2013 |
|  | *Deadline for objecting to discharge:* 08/15/2013 |
|  | *Deadline for financial mgmt. course (db):* 05/17/2013 |
|  | *Deadline for financial mgmt. course (jdb):* 05/17/2013 |

| | |
|---|---|
| **Debtor**<br>**Loren Miller**<br>1302 Marina Bay Drive #309A<br>Clear Lake Shores, TX 77565<br>SAN LUIS OBISPO-CA<br>SSN / ITIN: xxx-xx-1734 | represented by **Vaughn C Taus**<br>1042 Pacific St Ste D<br>San Luis Obispo, CA 93401<br>805-542-0155<br>Fax : 805-542-0234<br>Email: tauslawyer@gmail.com<br><br>**Meghann A Triplett**<br>Margulies Faith LLP<br>16030 Ventura Blvd Ste 470<br>Encino, CA 91436<br>818-705-2777<br>Fax : 818-705-3777<br>Email: Meghann@MarguliesFaithlaw.com |
| **Joint Debtor**<br>**Sarah Miller**<br>702 Whitecap Dr<br>Seabrook, TX 77586<br>SAN LUIS OBISPO-CA<br>SSN / ITIN: xxx-xx-6836 | represented by **Reed H Olmstead**<br>Hurlbett & Olmstead<br>3324 State St Ste O<br>Santa Barbara, CA 93105<br>805-963-9111<br>Fax : 805-963-2209<br>Email: reed@olmstead.law<br><br>**Vaughn C Taus**<br>(See above for address)<br><br>**Meghann A Triplett**<br>(See above for address) |
| **Trustee**<br>**Jeremy W. Faith (TR)**<br>16030 Ventura Blvd., Suite 470 | represented by **Noreen A Madoyan**<br>16030 Ventura Blvd #470<br>Encino, CA 91436 |

Encino, CA 91436
(818) 705-2777

818-705-2777
Fax : 818-705-3777
Email: Noreen@MarguliesFaithLaw.com

**Craig G Margulies**
Margulies Faith LLP
16030 Ventura Blvd Ste 470
Encino, CA 91436
818-705-2777
Fax : 818-705-3777
Email: Craig@MarguliesFaithlaw.com

**Meghann A Triplett**
(See above for address)

*U.S. Trustee*
**United States Trustee (ND)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

| Filing Date | # | Docket Text |
|---|---|---|
| 01/15/2016 | 208 (3 pgs) | Notice *to Professionals to File Fee Applications* Filed by Trustee Jeremy W. Faith (TR). (Madoyan, Noreen) (Entered: 01/15/2016) |
| 02/16/2016 | 209 (92 pgs) | Application for Compensation *First Interim Application for Payment of Fees and Reimbursement of Expenses of Margulies Faith, LLP; Declarations of Craig G. Margulies and Jeremy W. Faith in Support Thereof* for Craig G Margulies, Trustee's Attorney, Period: 4/8/2013 to 2/10/2016, Fee: $185173.50, Expenses: $5700.35. Filed by Attorney Craig G Margulies (Margulies, Craig) (Entered: 02/16/2016) |
| 02/16/2016 | 210 (5 pgs) | Notice of Hearing *on First Interim Application for Payment of Fees and Reimbursement of Expenses of Margulies Faith, LLP* Filed by Trustee Jeremy W. Faith (TR) (RE: related document(s)209 Application for Compensation *First Interim Application for Payment of Fees and Reimbursement of Expenses of Margulies Faith, LLP; Declarations of Craig G. Margulies and Jeremy W. Faith in Support Thereof* for Craig G Margulies, Trustee's Attorney, Period: 4/8/2013 to 2/10/2016, Fee: $185173.50, Expenses: $5700.35. Filed by Attorney Craig G Margulies). (Margulies, Craig) (Entered: 02/16/2016) |
| 02/17/2016 | 211 | |

| | | |
|---|---|---|
| | | Hearing Set (RE: related document(s)209 Application for Compensation filed by Trustee Jeremy W. Faith (TR)) The Hearing date is set for 3/8/2016 at 10:00 AM at Crtrm 201, 1415 State St., Santa Barbara, CA 93101. The case judge is Peter Carroll (Handy, Brad) (Entered: 02/17/2016) |
| 02/17/2016 | 212 (4 pgs) | Original signature page to Declaration of Jeremy W. Faith in Support of First Interim Application for Payment of Fees and Reimbursement of Expenses of Margulies Faith, LLP Filed by Trustee Jeremy W. Faith (TR). (Margulies, Craig) (Entered: 02/17/2016) |
| 02/19/2016 | 213 (2 pgs) | Notice *of Increased Hourly Rates for Margulies Faith LLP* Filed by Trustee Jeremy W. Faith (TR). (Madoyan, Noreen) (Entered: 02/19/2016) |
| 03/07/2016 | 214 (7 pgs) | Motion to Extend Time to File Objection (Re:209 Application for Payment of Interim or Final Fees and/or Expenses) Filed by Debtor Loren Miller (Handy, Brad) (Entered: 03/07/2016) |
| 03/07/2016 | 215 (1 pg) | Request for Hearing By Conferencing Filed by Debtor Loren Miller (RE: related document(s)209 Application for Compensation filed by Trustee Jeremy W. Faith (TR)) (Handy, Brad) Modified on 3/7/2016 (Handy, Brad). (Entered: 03/07/2016) |
| 03/07/2016 | 216 (3 pgs) | Order Denying Motion to Extend Time to File Objection (BNC-PDF) (Related Doc # 214 ) Signed on 3/7/2016 (Handy, Brad) (Entered: 03/07/2016) |
| 03/08/2016 | 217 (3 pgs) | Hearing Held - Granted (RE: related document(s)209 Application for Compensation filed by Trustee Jeremy W. Faith (TR)) (Handy, Brad) Additional attachment(s) added on 3/22/2016 (Chackel, Danielle). (Entered: 03/08/2016) |
| 03/08/2016 | 218 (5 pgs) | Notice of lodgment *of Order in Bankruptcy Case Re: Application for Payment of: Interim Fees and/or Expenses (11 U.S.C. § 3321) (Dkt. No. 209)* Filed by Trustee Jeremy W. Faith (TR) (RE: related document(s)209 Application for Compensation *First Interim Application for Payment of Fees and Reimbursement of Expenses of Margulies Faith, LLP; Declarations of Craig G. Margulies and Jeremy W. Faith in Support Thereof* for Craig G Margulies, Trustee's Attorney, Period: 4/8/2013 to 2/10/2016, Fee: $185173.50, Expenses: $5700.35. Filed by Attorney Craig G Margulies). (Madoyan, Noreen) (Entered: 03/08/2016) |
| | | |

| | | |
|---|---|---|
| 03/08/2016 | 219 (2 pgs) | Order Granting Application For Compensation (BNC-PDF) (Related Doc # 209) for Craig G Margulies, fees awarded: $185173.50, expenses awarded: $5700.35 Signed on 3/8/2016. (Handy, Brad) (Entered: 03/08/2016) |
| 03/08/2016 | 220 (6 pgs) | Stipulation By Jeremy W. Faith (TR) and *Andrew D. Geller, an Individual, and Andrew D. Geller and Eileen B. Geller, Trustee of the Geller Trust Dated September 2, 1987 for Assignment of Outstanding Proceeds Due Under Turnover Orders* Filed by Trustee Jeremy W. Faith (TR) (Madoyan, Noreen) (Entered: 03/08/2016) |
| 03/08/2016 | 221 (6 pgs) | Notice of lodgment *of Order Granting Stipulation Between Chapter 7 Trustee and Andrew D. Geller, an Individual, and Andrew D. Geller and Eileen B. Geller, Trustee of the Geller Trust Dated September 2, 1987 for Assignment of Outstanding Proceeds Due Under Turnover Orders* Filed by Trustee Jeremy W. Faith (TR) (RE: related document(s)220 Stipulation By Jeremy W. Faith (TR) and *Andrew D. Geller, an Individual, and Andrew D. Geller and Eileen B. Geller, Trustee of the Geller Trust Dated September 2, 1987 for Assignment of Outstanding Proceeds Due Under Turnover Orders* Filed by Trustee Jeremy W. Faith (TR)). (Madoyan, Noreen) (Entered: 03/08/2016) |
| 03/09/2016 | 222 (2 pgs) | Order Granting Stipulation for Assignment of Outstanding Proceeds Due Under Turnover Orders (Related Doc # 220 ) Signed on 3/9/2016 (Handy, Brad) (Entered: 03/09/2016) |
| 03/09/2016 | 223 (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)216 Order on Motion to Extend Time (BNC-PDF)) No. of Notices: 2. Notice Date 03/09/2016. (Admin.) (Entered: 03/09/2016) |
| 03/10/2016 | 224 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)219 Order on Application for Compensation (BNC-PDF)) No. of Notices: 2. Notice Date 03/10/2016. (Admin.) (Entered: 03/10/2016) |
| 03/11/2016 | 225 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)222 Order (Generic) (BNC-PDF)) No. of Notices: 2. Notice Date 03/11/2016. (Admin.) (Entered: 03/11/2016) |
| 03/22/2016 | 226 (10 pgs) | Notice of Appeal and Statement of Election to U.S. District Court.(Official Form 417A) . Fee Amount $298 Filed by Debtor Loren Miller (RE: related document(s)216 Order on Motion to Extend Time (BNC-PDF), 219 Order on |

| | | |
|---|---|---|
| | | Application for Compensation (BNC-PDF)). Appellant Designation due by 4/5/2016. (Chackel, Danielle) (Entered: 03/22/2016) |
| 03/22/2016 | 227<br>(1 pg) | Notice of Appeal Deficiency to Appellant (RE: Filing Fee and Notice of Appeal does not conform substantially with the Notice of Appeal and Statement of Election (Official Form 417A)) (RE: related document(s)226 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Loren Miller) CLERK'S NOTE: Notice of Appeal Deficiency to Appellant mailed to Appellant, Loren Miller, on 3/22/16. (Chackel, Danielle) (Entered: 03/22/2016) |
| 03/22/2016 | 228<br>(17 pgs) | Notice of referral of appeal to U. S. District Court with certificate of mailing (RE: related document(s)226 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Loren Miller) (Chackel, Danielle) (Entered: 03/22/2016) |