FILED
CLERK, U.S. DISTRICT COURT
04/11/2016
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

FILED
APR - 6 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:          Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Loren Miller and Sarah Miller

Debtor(s)

CASE NO.: 9:13-bk-10313-PC

ADVERSARY NO.:

BAP/USDC NO.: 2:16-cv-02008-BRO

NOTICE OF APPEAL FILED: 03/22/2016

APPEAL DOCKET ENTRY NO.: 226

vs.

Plaintiff(s)

Defendant(s)

**APPEAL DEFICIENCY NOTICE TO:**

☐ BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT

☒ UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

The following documents and/or filing fee, as indicated below, were not filed on the above-captioned appeal as required by FRBP 8003 and 8009.

☒ Statement of Issues
☒ Designation of Record
☒ Notice of Transcript
☐ Transcript(s)
☒ Filing Fee for Notice of Appeal
☐ Other (specify):

Kathleen J. Campbell
Clerk of Court

Date: 04/06/2016    By: _Danielle Cnackel_
Deputy Clerk