LINK: 14

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 16-02008-BRO<br>BK: 9:13-bk-10313 PC | Date | July 28, 2016 |
|---|---|---|---|
| Title | In re: Loren Miller and Sarah Miller | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Anel Huerta | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) GRANTING APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

The Court grants Appellant's motion for extension of time to file her opening brief. Appellant's opening brief shall be filed no later than August 8, 2016.

No further extensions will be granted.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | AH |