FILED
CLERK, U.S. DISTRICT COURT

September 2, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___RF___ DEPUTY

Case: 2:16cv2008   Doc: 16

Loren Miller
1302 Marina Bay Drive   No 309A
Clear Lake Shores, TX 77565

(281) 467-8224

Automated msg = Not accepting calls   No known new address.

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<21905554@cacd.uscourts.gov>Subject:Activity in Case 2:16-cv-02008-BRO In re: Loren Miller and Sarah Miller Order on Motion for Extension of Time to File Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 7/28/2016 at 10:00 AM PDT and filed on 7/28/2016

| | |
|---|---|
| **Case Name:** | In re: Loren Miller and Sarah Miller |
| **Case Number:** | 2:16-cv-02008-BRO |
| **Filer:** | |
| **Document Number:** | 16 |

**Docket Text:**
**MINUTES (IN CHAMBERS) GRANTING Appellant Motion for Extension of Time to File Brief [14] by Judge Beverly Reid O'Connell: The Court grants Appellant motion for extension of time to file her opening brief. Appellant opening brief shall be filed no later than 8/8/2016. No further extensions will be granted. (jp)**

**2:16-cv-02008-BRO Notice has been electronically mailed to:**
Meghann A Triplett    victoria@marguliesfaithlaw.com, meghann@marguliesfaithlaw.com, helen@marguliesfaithlaw.com, noreen@marguliesfaithlaw.com
Noreen A Madoyan    victoria@marguliesfaithlaw.com, helen@marguliesfaithlaw.com, noreen@marguliesfaithlaw.com
Craig G Margulies    victoria@marguliesfaithlaw.com, craig@marguliesfaithlaw.com, helen@marguliesfaithlaw.com
**2:16-cv-02008-BRO Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**
Loren Miller
1302 Marina Bay Drive No 309A
Clear Lake Shores TX 77565

LINK: 14

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 16-02008-BRO<br>BK: 9:13-bk-10313 PC | Date | July 28, 2016 |
|---|---|---|---|
| Title | In re: Loren Miller and Sarah Miller | | |

**Present: The Honorable**    **BEVERLY REID O'CONNELL, United States District Judge**

| Anel Huerta | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

Not Present      Not Present

**Proceedings:**     (IN CHAMBERS) GRANTING APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

The Court grants Appellant's motion for extension of time to file her opening brief. Appellant's opening brief shall be filed no later than August 8, 2016.

No further extensions will be granted.

**IT IS SO ORDERED.**

                                                                              Initials of Preparer      AH

# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
## U.S. COURTHOUSE, ROOM G8
## LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**



NIXIE  7735652027-IN  08/17/16

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER





CLERK, U.S. DISTRICT COURT
RECEIVED
AUG 22 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

BRO



Los Angeles PBDC 900
SAT 20 AUG 2016 AM

U.S. POSTAGE $004.15
PITNEY BOWES
ZIP 90012
02-1M
0001380401