UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 16-02008-BRO | Date | October 20, 2016 |
|---|---|---|---|
| Title | IN RE: LOREN MILLER AND SARAH MILLER | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Cheryl Wynn | Not Present | N/A |
| Relief Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS)

## ORDER GRANTING APPELLANT'S MOTION FOR RELIEF [21]

Pending before the Court is Pro Se Appellant Loren Miller's ("Appellant") Motion for Relief from the Court's (1) Order Re Dismissal for Lack of Prosecution, (Dkt. No. 19 ("Order")), and (2) Order of the Judge/Magistrate Judge, (Dkt. No. 20 ("Address Order")), pursuant to Fed. R. Civ. P. 60(a).  (*See* Dkt. No. 21 (hereinafter, "Mot.").) Under Bankruptcy Rule 8009, Appellant must file and serve the appeal brief and excerpts of record within fifteen (15) days of the filing of the transcript or the notice that a transcript is not needed.  *See* Bankruptcy Rule 8009(a)(2).  This Court had ordered the Appellant to file the opening appeal brief no later than August 8, 2016, indicating that no further extensions would be granted.  (*See* Dkt. No. 16.)  Appellant failed to file the appeal brief by August 8, 2016 and failed to respond to the Court's Order to Show Cause, (Dkt. No. 17), as to why Appellant had failed to file the appeal brief,  (*see* Dkt. No. 19).

Appellant attached to the Motion for Reconsideration, however, "a true copy of [Appellant's] 'Cause Shown' and proof the United States Postal Service 'delivered to the mail room at 9:20 am on September 12, 2016 in LOS ANGELES, CA 90012.'" (*See* Mot. at 4.)  Further, Appellant indicated in the attached copy of "Cause Shown" that "[Appellant's opening] brief was timely delivered to this court [sic] on August 8th."  (*See* Mot., Ex. 1 at 1.)  In light of Appellant's pro se status, the Court finds it appropriate to reconsider its Order dismissing Appellant's appeal for lack of prosecution, as well as its Address Order rejecting Appellant's change-of-address notice.  *See Draper v. Coombs*, 792 F.2d 915, 924 (9th Cir. 1986) (recognizing that a pro se plaintiff should be treated "with great leniency").

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 16-02008-BRO | Date | October 20, 2016 |
|---|---|---|---|
| Title | IN RE: LOREN MILLER AND SARAH MILLER | | |

     Accordingly, the Court **GRANTS** Appellant's Motion for Relief and sets aside both its Order and Address Order.  Appellant is **ORDERED** to refile (1) the response to the Court's Order to Show Cause, (*see* Dkt. No. 17), and (2) the opening appeal brief, by **Wednesday, November 2, 2016, at 4:00 p.m.  Within fifteen (15) days** after service of the Appellant's opening appeal brief, the Appellee must file and serve the appellee brief. Bankruptcy Rule 8009(a)(2).

     **IT IS SO ORDERED.**                                                                                     :

|  | Initials of Preparer | cw |
|---|---|---|