LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 16-02008-BRO | Date | December 12, 2016 |
|---|---|---|---|
| Title | IN RE: LOREN MILLER AND SARAH MILLER | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS)

## ORDER GRANTING REQUEST FOR TIME TO FILE REPLY BRIEF [29]

Pending before the Court is Pro Se Appellant Loren Miller's ("Appellant") Request to Extend Time to file Reply Brief, (Dkt. No. 29)

The Court **GRANTS** Appellant's request.  The Reply brief is to be filed no later than January 3, 2017.

**IT IS SO ORDERED**                                                                                    :

                                                                               Initials of Preparer         rf